1  CALDWELL LESLIE & PROCTOR, PC
   LINDA M. BURROW, State Bar No. 194668
2      *burrow@caldwell-leslie.com*
   ARWEN R. JOHNSON, State Bar No. 247583
3      *johnson@caldwell-leslie.com*
   CRAIG H. BESSENGER, State Bar No. 245787
4      *bessenger@caldwell-leslie.com*
   725 South Figueroa Street, 31st Floor
5  Los Angeles, California  90017-5524
   Telephone: (213) 629-9040
6  Facsimile: (213) 629-9022

7  Attorneys for Defendants WARNER
   BROS. ENTERTAINMENT INC.; ANDY
8  WACHOWSKI; LANA WACHOWSKI
   f/k/a LARRY WACHOWSKI; and JOEL
9  SILVER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS ALTHOUSE, | Case No. CV 13-696 RGK (SSx) |
| Plaintiff, | [**PROPOSED**] JUDGMENT |
| v. | |
| WARNER BROS. ENTERTAINMENT, INC.; ANDY WACHOWSKI; LANA WACHOWSKI f/k/a LARRY WACHOWSKI; JOEL SILVER; and JOHN/JANE DOES 1-10, | |
| Defendants. | |

CALDWELL
LESLIE &
PROCTOR

The Court, having granted the Motion for Summary Judgment of Defendants Warner Bros. Entertainment Inc., Andy Wachowski; Lana Wachowski f/k/a/ Larry Wachowski, and Joel Silver (collectively, "Defendants"), and having granted in part and denied in part Defendants' Motion for Attorneys' Fees and Costs, hereby enters judgment as follows:

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff Thomas Althouse take nothing, that the action be dismissed on the merits and with prejudice, and that Defendants are awarded $57,739.38 in costs to be paid by Plaintiff Thomas Althouse.

Dated:   June 26, 2014

_____
The Honorable R. Gary Klausner
Judge, United States District Court

Prepared By:

_____/s/_____
LINDA M. BURROW
CALDWELL LESLIE & PROCTOR, PC
Attorneys for Defendants WARNER BROS. ENTERTAINMENT INC.; ANDY WACHOWSKI; LANA WACHOWSKI f/k/a LARRY WACHOWSKI; and JOEL SILVER

CALDWELL
LESLIE &
PROCTOR